No. 885.   UNITED STATES PLYWOOD CORP. *v.* CITY OF ALGOMA.   Supreme Court of Wisconsin.   Certiorari granted.   *Roger C. Minahan* for petitioner.

No. 803.   NATURAL GAS PIPELINE CO. OF AMERICA *v.* HARRINGTON ET AL.; and

No. 901.   HARRINGTON ET AL. *v.* NATURAL GAS PIPELINE CO. OF AMERICA.   C. A. 5th Cir.   Certiorari denied.   *Clarence H. Ross, Warren T. Spies* and *D. H. Culton* for petitioner in No. 803 and respondent in No. 901.   *David T. Searls* and *Gene M. Woodfin* for petitioners in No. 901 and respondents in No. 803.   Reported below: 246 F. 2d 915, 253 F. 2d 231.

No. 871.   FINSKY ET AL., DOING BUSINESS AS SURPLEX SALES, *v.* UNION CARBIDE & CARBON CORP., OWNERS AND OPERATORS OF DIVISION KNOWN AS HAYNES STELLITE CO.   C. A. 7th Cir.   Certiorari denied.   *Avrum N. Andalman* and *Harry G. Fins* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 886.   STERLING DRUG INC. *v.* FARBENFABRIKEN BAYER A. G.   C. A. 3d Cir.   Certiorari denied.   *John T. Cahill, George S. Hills, Edward J. O'Mara* and *Robert G. Zeller* for petitioner.   *Thurman Arnold, Milton V. Freeman* and *Edgar H. Brenner* for respondent.

No. 907.   TEXAS PLASTICS, INC., ET AL. *v.* ROTO-LITH, LTD., ET AL.   C. A. 5th Cir.   Certiorari denied.   *R. Dean Moorhead* for petitioners.   *James C. Abbott* for respondents.